**MANDATE**

E.D.N.Y. – Bklyn
11-cr-623
DeArcy Hall, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of October, two thousand twenty-four.

Present:

  Guido Calabresi,
  José A. Cabranes,
  Myrna Pérez,
    *Circuit Judges*.

Agron Hasbajrami,

   *Petitioner*,

v.                     24-2205

United States of America,

   *Respondent*.

Petitioner has filed a petition for a writ of mandamus directing the district court to issue the memorandum and order referenced in its text order entered May 1, 2024. Additionally, Petitioner moves for leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion for leave to proceed in forma pauperis is GRANTED for the purpose of filing the mandamus petition. It is further ORDERED that the mandamus petition is DENIED without prejudice to renewal if the district court fails to take action within 45 days of the entry of the present order.

              FOR THE COURT:
              Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 12/02/2024**